UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  BILLY GENE CRISCOE                           CASE NO. 20-10530
  7863 HARLOW ROAD                             JUDGE BENJAMIN A. KAHN
  HIGH POINT, NC  27263

      DEBTOR

SSN(1) XXX-XX-3147                             DATE: 01/28/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $3,661.06<br>INT:  .00%<br>NAME ID:  63803<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 6014<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $8,755.44<br>INT:  .00%<br>NAME ID:  63803<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 3194<br>COMMENT: |
| CORNERSTONE HEALTH CARE PA<br>P O BOX 580063<br>CHARLOTTE, NC  28258-0063 | $0.00<br>INT:  .00%<br>NAME ID:  137863<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIDELITY CARDMEMBER SERVICE<br>P O BOX 790408<br>SAINT LOUIS, MO  63179-0408 | $0.00<br>INT:  .00%<br>NAME ID:  182520<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3613<br>COMMENT: |
| FIDELITY CARDMEMBER SERVICE<br>P O BOX 790408<br>SAINT LOUIS, MO  63179-0408 | $0.00<br>INT:  .00%<br>NAME ID:  182520<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6365<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID:  38570<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $3,696.70<br>INT:  .00%<br>NAME ID:  123769<br>CLAIM #:  0001 | (U) UNSECURED<br><br>ACCT:  PEN<br>COMMENT: 820A |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $4,381.53<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0002 | (U) UNSECURED<br><br>ACCT: 3147<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10530

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| NC DIVISION OF EMPLOYMENT SECURITY<br>P O BOX 25903<br>RALEIGH, NC  27611-5903 | $0.00<br>INT: .00%<br>NAME ID: 162954<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| OAK HARBOR CAPITAL VII LLC<br>% WEINSTEIN & RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA  98121 | $0.00<br>INT: .00%<br>NAME ID: 141456<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4027<br>COMMENT: |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0015 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| STATE FARM BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $2,359.52<br>INT: .00%<br>NAME ID: 57460<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 6254<br>COMMENT: |
| US BANK NA TRUSTEE<br>% SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | $32,240.00<br>INT: 5.25%<br>NAME ID: 183535<br>CLAIM #: 0004 | (S) SECURED<br><br>ACCT: 6705<br>COMMENT: DT RP,1020A(ADDR) |
| US BANK NA TRUSTEE<br>% SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | $27,522.08<br>INT: .00%<br>NAME ID: 183535<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 6705<br>COMMENT: SPLIT,1020A(ADDR) |
| **TOTAL:** | **$82,668.33** | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $4,200.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/28/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice